# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **ADEMAR MOREIRA DE SOUZA NETO**, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:13-cv-1706-AKK-JHE |
| ) | |
| **JANET NAPOLITANO, et al.**, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on the respondents' Motion to Dismiss as Moot, filed November 27, 2013. Doc. 10. In their motion, the respondents state the petitioner was removed from the United States to Brazil on November 27, 2013, pursuant to an order of deportation. Doc. 10-1. Because the petitioner has been removed, the court can no longer provide him with meaningful relief. Thus, the court finds the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003).

Accordingly, the respondents' motion to dismiss as moot is due to be granted and the petition is due to be dismissed without prejudice. A separate order will be entered.

**DONE** this 3rd day of December, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE